**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SIARHEI VIANTSKO, | | No. 4:26-CV-00563 |
| Petitioner, | | (Chief Judge Brann) |
| v. | | |
| CRAIG A. LOWE, *et al.*, | | |
| Respondents. | | |

**ORDER**

**APRIL 9, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Viantsko's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge